ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ABDEL JABBAR DAMEN JABER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No.: CR-F-06-0296 AWI |
|                                    ) |  |
|             Plaintiff,             ) | STIPULATION FOR CONTINUANCE AND |
|                                    ) | ORDER THEREIN |
|       vs.                          ) |  |
|                                    ) |  |
| ABDEL JABBAR DAMEN JABER,          ) |  |
|                                    ) |  |
|             Defendant.             ) |  |

   IT IS HEREBY STIPULATED between the Defendant, ABDEL JABBAR DAMEN JABER, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, that the Hearing now set for Monday, November 20, 2006 at 9:00 a.m. be continued to Tuesday, January 16, 2007 at 9:00 a.m.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

   1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any
      period of delay resulting from other proceedings concerning the

    defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;

2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                                          Respectfully submitted,

Dated:  November 16, 2006

                                                /s/ Anthony P. Capozzi
                                       Anthony P. Capozzi,
                                       Attorney for Defendant,
                                       ABDEL JABBAR DAMEN JABER

Dated:  November 16, 2006

                                                /s/ Mark E. Cullers
                                       Mark E. Cullers,
                                       Assistant U.S. Attorney

                                            **ORDER**

    IT IS SO ORDERED.  Good cause having been shown, the Motions Hearing now set for November 20, 2006 be continued to January 16, 2007 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   November 17, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE