ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ABDEL JABBAR DAMEN JABER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0296 LJO |
| Plaintiff, | STIPULATION FOR CONTINUANCE |
| vs. | AND  ORDER THEREIN (NOTE: |
| ABDEL JABBAR DAMEN JABER, | 8:00 a.m. hearing time) |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, ABDEL JABBAR DAMEN JABER, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, that the Hearing now set for Friday, May 25, 2007 at 9:00 a.m. be continued to Wednesday, May 30, 2007 at 9:00am.

This request is made based upon the fact that Mr. Capozzi is scheduled to appear at a Hearing in a case in Sacramento at 8:30 a.m. and will not return to Fresno in time for a 9:00 a.m. court appearance.  Mr. Cullers is not available at a later time on the 25th.   The next available date for both attorneys to appear is Wednesday, May 30, 2007.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;
2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  May 23, 2007

　　　　　/s/ Anthony P. Capozzi　　　
Anthony P. Capozzi,
Attorney for Defendant,
ABDEL JABBAR DAMEN JABER

Dated:  May 23, 2007

　　　　　/s/ Mark E. Cullers　　　
Mark E. Cullers,
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.  Good cause having been shown, the Motions Hearing now set for May 25, 2007 be continued to Wednesday, May 30, 2007 at 8:00.  Additionally, time shall

be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:     May 23, 2007**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE