```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-00296 LJO |
| ) | |
| Plaintiff, ) | |
| ) | MOTION AND PROPOSED ORDER TO DISMISS |
| v. ) | SUPERSEDING INDICTMENT WITHOUT |
| ) | PREJUDICE |
| ABDEL JABBAR DAMEN JABER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   The United States of America hereby moves to dismiss the Superseding Indictment in this case, without prejudice, in the interests of justice.

```
Date: December 4, 2007            McGREGOR W. SCOTT
                                  United States Attorney

                                  _____/s/_____
                                  By: MARK E. CULLERS
                                  Assistant United States Attorney
```

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ABDEL JABBAR DAMEN JABER, <br><br> Defendant. | 1:06-cr-00296 LJO <br><br> ORDER TO DISMISS THE SUPERSEDING INDICTMENT WITHOUT PREJUDICE |

Upon motion of the United States of America, the Superseding Indictment in this case is dismissed, without prejudice, in the interests of justice.

IT IS SO ORDERED.

**Dated:   December 4, 2007**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

2