ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
ABDEL JABBAR DAMEN JABER

FILED

DEC 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0296 LJO |
| Plaintiff, | REQUEST TO EXONERATE BOND AND RETURN PASSPORT WITH PROPOSED |
| vs. | ORDER |
| ABDEL JABBAR DAMEN JABER, | |
| Defendant. | |

Defendant, ABDEL JABBAR DAMEN JABER, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the Appearance and Compliance Bond in the amount of $500,000.00 (Docket #6) posted as collateral in the above referenced matter be exonerated.

It is further requested that Mr. Jaber's passport, which is in the custody of the court clerk, (Receipt #100 203957 – Docket #4) be returned to the Defendant.

This request is based upon the fact that the Superseding Indictment in the above entitled matter was dismissed by Order of this court on December 4, 2007.

Respectfully submitted,

Dated: December 11, 2007

_____/s/ Anthony P. Capozzi_____
Anthony P. Capozzi,
Attorney for Defendant,
ABDEL JABBAR DAMEN JABER

1

## ORDER

2   IT IS HEREBY ORDERED that the bond posted in the above entitled matter be

3   exonerated and that the Defendant's passport be returned.

4

5   Dated: December _12_, 2007

6

7                                     It is so ordered,

8

9                                     _____
                                      Hon. Lawrence J. O'Neill
10                                    United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 2